FILED'06 MAR 02 09:55 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

DONALD L. JONES,

        Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security

        Defendant.

Civil No. 05-382-AA

STIPULATED ORDER AWARDING ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. §2412(d)

## STIPULATION

The parties stipulate that plaintiff is entitled to a reasonable attorney's fees in the amount of $150.00 and costs in the amount of $4,529.85 under 28 U.S.C. §2412(d), for a total of $4,679.85, and that payment should be ordered made to plaintiff's attorney David W. Hittle, on plaintiff's behalf.

_____  _____
DAVID W. HITTLE              JEFFREY H. BAIRD
Attorney for Plaintiff       Special Assistant U.S. Attorney
                             Office of General Counsel

## ORDER

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff be and hereby is awarded attorney feees under the Equal Access to Justice Act in the amount of $4,529.85

Page 1 STIPULATED ORDER

and costs in the amount of $150.00. Payment shall be to plaintiff's attorney on behalf of plaintiff.

DATED this __1__ day of __March__, 2006.

*Ann Aiken*
HONORABLE ANN AIKEN
United States District Judge

Page 2  STIPULATED ORDER